PEOPLE ex rel. COHEN, Appellant, v. CANTOR, Respondent. (Supreme Court, Appellate Division, First Department. April 17, 1903.) Proceeding by the people of the state of New York, on the relation of Adolph Cohen, against Jacob A. Cantor, president, etc. C. A. O'Neill, for appellant. L. Sturcke, for respondent. No opinion. Order affirmed, with costs.